■ WILLIAM WILLSEA, Respondent, v. ARTHUR MURRAY et al., Appellants, et al., Defendants.— In an action to recover damages for fraud, an order was made granting appellants' motion to strike paragraph "Second" from the amended complaint and denying their motion to dismiss said complaint or for other relief. The appeal is from so much of the order as denied appellants' motion. The amended complaint alleges that respondent, because of fraudulent representations, was induced to enter into a contract. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

## (May 19, 1958)

■ BROOKLYN SOCIETY OF THE NEW CHURCH, Appellant, v. DELROY REALTY CORPORATION, Respondent.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ LOUIS EINSIDLER & SONS, INC., Respondent, v. JAMES CAROLAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ SHERMAN HOROWITZ, Respondent, v. MARTHA KARRON, Individually and as Administratrix of the Estate of ABRAHAM KARRON, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ NATHAN H. KOTCH, Respondent, v. DAVID BLATMAN, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ ALMA M. BODNER, as Coexecutrix of MARIUS MATHERON, Deceased, Appellant, v. E. JOHN MATHERON, Respondent, et al., Defendant.— This proceeding was commenced as an action in the Supreme Court, Nassau County, and has been transferred to the Surrogate's Court, Nassau County. The appeal is from so much of a decree of said Surrogate's Court as, inter alia, found in favor of respondent and refused to direct him to turn over certain personal property to appellant for the estate of the deceased. Decree insofar as appealed from unanimously affirmed, with costs to both parties, payable out of the estate. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ DANIEL CAPONE et al., Copartners Doing Business as DANIEL CAPONE & SON, Respondents, v. FRANK MICELI et al., Appellants.— In an action to recover a balance alleged to be due under a builder's contract and for extras, the appeal is from a judgment of the County Court, Suffolk County, entered after trial, in favor of respondents. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ SALLY FRASSO, Appellant, v. RALPH E. WRIGHT, INC., et al., Respondents.— In an action to recover damages for personal injuries, the appeal is from an order denying appellant's motion for a new trial on the ground of newly discovered evidence. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.